**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

**COURTROOM MINUTES**

_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Buchanan | Date: | September 28, 2015 |
| Court Reporter: | Janet Coppock | Probation: | Tina Parde |
| | | Interpreter: | Cathy Bahr |

_____

Criminal Action No. 15-cr-00095-LTB          _Counsel:_

UNITED STATES OF AMERICA,                    Rebecca Weber

     Plaintiff,

v.

1. JUAN ESTEBAN COMPARAN-MOLINA,     Brian Leedy

     Defendant.

_____

**SENTENCING**
_____

9:02 a.m.     Court in Session.

Defendant is present and in custody.

Interpreter sworn.

| |
|---|
| Defendant plead guilty to Count One of the Indictment on May 20, 2015. |

Argument by Mr. Leedy regarding Defendant's Request for a Sentence of 12 Months and One Day.

Statements by the Court.

Statement by Defendant.

1

**ORDERED**:  Defendant's Unopposed Motion for a One Offense Level Variance and Request for a Sentence of 12 Months and One Day (Doc. No. 25) is **GRANTED** as to the one offense level variance and **DENIED** as to the sentence of 12 months and one day.

**ORDERED**:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Juan Esteban Comparan-Molina, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 18 months.

**ORDERED**:  No term of supervised release is imposed.

Defendant advised that if he reenters the United States illegally, he is subject to further federal criminal prosecution.  Defendant advised he cannot possess a firearm or illegally possess a controlled substance or he may be subject to further federal prosecution.

**ORDERED**:  Defendant shall pay a special assessment of $100.00 which is due and payable immediately.

**ORDERED**:  No fine is imposed because defendant has no ability to pay a fine.

Defendant advised of his limited appeal rights.

Discussion regarding Defendant's sentence beginning immediately upon being imposed.  The Court states that the effective commencement of the sentence begins today with the Bureau of Prisons.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

9:29 a.m.      Court in Recess.
Hearing concluded.
Time:  00:27